Michael G. Spector - Bar No. 145035
Vicki L. Schennum (Of Counsel) - Bar No. 159628
**LAW OFFICES OF MICHAEL G. SPECTOR**
2122 N. Broadway
Santa Ana, California 92706
Telephone:  714-835-3130 – Michael G. Spector
Telephone:  949-502-6255 – Vicki L. Schennum
Facsimile:    714-558-7435
E-Mail:  mgspector@aol.com; schennumlaw@icloud.com

Attorneys for Reorganized Debtor, Mesco, Inc.

**FILED & ENTERED**

**SEP 20 2023**

**CLERK U.S. BANKRUPTCY COURT**
**Central District of California**
**BY** jle        **DEPUTY CLERK**

# UNITED STATES BANKRUPTCY COURT

## CENTRAL DISTRICT OF CALIFORNIA, SANTA ANA DIVISION

| | |
|---|---|
| In re<br><br>**MESCO, INC.**<br><br>Debtor-in-Possession. | Case No. 8:20-bk-10262 ES<br><br>Chapter 11<br><br>**ORDER DISMISSING CHAPTER 11 PROCEEDING WITH 365-DAY BAR AGAINST REFILING**<br><br>**Relates to Docket No. 271**<br><br>Date:    September 20, 2023<br>Time:   10:30 a.m.<br>Ctrm:   5A,  5th Floor<br>            411 W.  Fourth Street<br>            Santa Ana, CA 92701 |

On September 20, 2023 at 10:30 a.m., the Court conducted the hearing on its August 2, 2023 Order to Show Cause Why Bankruptcy Case Should Not Be Dismissed or Converted to Chapter 7 (the "OSC").   No appearances were made as all parties submitted on the tentative ruling.

On September 6, 2023, the Reorganized Debtor filed its response to the OSC.  [Docket No. 274].  Thereafter, on September 13, 2023, the Office of the United States Trustee (the "OUST") filed its response to the OSC.  [Docket No. 275].

1

Based upon the Court's OSC, the responses thereto and for good cause,

IT IS HEREBY ORDERED that the Debtor's Chapter 11 case is dismissed with a 365-day restriction against the filing of another bankruptcy case under any chapter by the Debtor.

####

Date: September 20, 2023

Erithe Smith
United States Bankruptcy Judge

Approved as to form and content:

LAW OFFICES OF MICHAEL G. SPECTOR

_____
Vicki L Schennum (Of Counsel)
Attorneys for Mesco, Inc., Reorganized Debtor

PETER C. ANDERSON
UNITED STATES TRUSTEE

*/s/ Queenie K. Ng*
_____
Queenie K. Ng
Trial Attorney for the United States Trustee

Approved as to form and content:

LAW OFFICES OF MICHAEL G. SPECTOR

 /s/  Vicki L Schennum
Vicki L Schennum (Of Counsel)
Attorneys for Mesco, Inc., Reorganized Debtor

PETER C. ANDERSON
UNITED STATES TRUSTEE

[Electronically submitted signature attached]
Queenie K. Ng
Trial Attorney for the United States Trustee