**United States Bankruptcy Court**
**Central District of California**

411 West Fourth Street, Suite 2030, Santa Ana, CA 92701−4593

# NOTICE OF DISMISSAL WITH RESTRICTION AGAINST DEBTOR'S RE−FILING

**DEBTOR(S) INFORMATION:**
MESCO, Inc.
**SSN:** N/A
**EIN:** 33−0981025

3024 E Chapman Ave #319
Orange, CA 92869

**BANKRUPTCY NO.** 8:20−bk−10262−ES
**CHAPTER** 11

You are notified that an order was entered **DISMISSING** the above−captioned case with a prohibition against the refiling of another bankruptcy petition by or against the debtor for 180 days from the date this order is entered.

Any discharge entered in this case is hereby vacated in its entirety.

The Court retains jurisdiction on all issues involving sanctions, any bar against being a debtor in bankruptcy, all issues arising under Bankruptcy Code §§ 105, 109(g), 110, 329, 349, and 362, and to any additional extent provided by law.

Debtors Chapter 11 case is dismissed with a 365 day restriction.

Dated: September 20, 2023

For The Court,

**Kathleen J. Campbell**
Clerk of Court

Form ndwr Rev. 06/2017

**279 / JL**